# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: FETZER, JAMES A                                  §      Case No. 10-50883
                                                        §
                                                        §
Debtor(s)                                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND                      , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 01/05/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/01/2011          By:  JOSEPH R. VOILAND
                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FETZER, JAMES A                                    §       Case No. 10-50883
                                                         §
                                                         §
Debtor(s)                                                §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $            1,780.07 |
| *and approved disbursements of* | $               75.00 |
| *leaving a balance on hand of* [1] | $            1,705.07 |

**Balance on hand:**                                  $            1,705.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $       1,705.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 445.02 | 0.00 | 445.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 37.78 | 0.00 | 37.78 |

Total to be paid for chapter 7 administration expenses:   $            482.80
Remaining balance:   $       1,222.27

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $      0.00

Remaining balance:    $      1,222.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $      0.00

Remaining balance:    $      1,222.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,380.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sprint Nextel | 164.13 | 0.00 | 6.83 |
| 2 | Chase Bank USA, N.A. | 5,696.30 | 0.00 | 236.97 |
| 3 | Chase Bank USA, N.A. | 6,593.31 | 0.00 | 274.29 |
| 4 | Sallie Mae | 5,496.62 | 0.00 | 228.67 |
| 5 | Us Dept Of Education | 2,746.11 | 0.00 | 114.24 |
| 6 | FIA Card Services, NA/Bank of America | 8,683.95 | 0.00 | 361.27 |

Total to be paid for timely general unsecured claims:    $      1,222.27

Remaining balance:    $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $ 0.00

Remaining balance:   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims:   $ 0.00

Remaining balance:   $ 0.00

Prepared By:   /s/JOSEPH R. VOILAND
_____
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-50883-MB
James A Fetzer                                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster         Page 1 of 2          Date Rcvd: Nov 29, 2011
                             Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
```
db          +James A Fetzer,    12N553 Burlington Rd,   Hampshire, IL 60140-8751
16421353    +Allied Interstate,    3000 Corporate Exchange Dr,    5th Floor,   Columbus, OH 43231-7723
16421355    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
16421356    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17077345     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16421357    +Chela,   Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
16421359    +HSBC,   PO Box 19360,    Portland, OR 97280-0360
16421360    +Michael D Fine,    131 S Dearborn St,    Floor 5,   Chicago, IL 60603-5571
16452694    +Nationstar Mortgage,    PO BOX 829009,   Dallas, TX 75382-9009
16421361    +Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,   Lewisville, TX 75067-4177
16421363    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court:  Sprint Nextel,   Attn Bankruptcy Dept,    P O Box 7949,
              Overland Park, KS 66207)
16421364    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,   Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17426564     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2011 04:54:10
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16421362    +E-mail/Text: bankrup@nicor.com Nov 30 2011 03:10:58     Nicor Gas,
              Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
17248786    +E-mail/PDF: pa_dc_claims@salliemae.com Nov 30 2011 05:07:50     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16421354     ##+Bank Of America,    Po Box 15026,   Wilmington, DE 19850-5026
16421358     ##+FIA Card Services,    PO Box 15137,   Wilmington, DE 19850-5137
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: gbeemster          Page 2 of 2          Date Rcvd: Nov 29, 2011
                             Form ID: pdf006           Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:
          David  Gallagher   on behalf of Debtor James Fetzer NDILnotices@maceybankruptcylaw.com,
           CourtNotice@maceybankruptcylaw.com;DGallagher@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Jason  Blust   on behalf of Debtor James Fetzer NDILnotices@maceybankruptcylaw.com,
           CourtNotice@maceybankruptcylaw.com;jblust@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,  IL43@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 4