# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: FETZER, JAMES A | § | Case No. 10-50883 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $152,502.99
*(without deducting any secured claims)*

Assets Exempt: $19,525.00

Total Distribution to Claimants: $1,222.29

Claims Discharged
Without Payment: $28,158.13

Total Expenses of Administration: $557.80

3) Total gross receipts of $ 1,780.09 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,780.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 557.80 | 557.80 | 557.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 29,380.42 | 29,380.42 | 1,222.29 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,938.22 | $29,938.22 | $1,780.09 |

4) This case was originally filed under Chapter 7 on November 15, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2012          By: /s/JOSEPH R. VOILAND

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE ¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 97 Ranger Boat | 1129-000 | 1,780.00 |
| Interest Income | 1270-000 | 0.09 |
| **TOTAL GROSS RECEIPTS** | | **$1,780.09** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 445.02 | 445.02 | 445.02 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 37.78 | 37.78 | 37.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 557.80 | 557.80 | 557.80 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint Nextel | 7100-000 | N/A | 164.13 | 164.13 | 6.83 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,696.30 | 5,696.30 | 236.98 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,593.31 | 6,593.31 | 274.30 |
| 4 | Sallie Mae | 7100-000 | N/A | 5,496.62 | 5,496.62 | 228.67 |
| 5 | Us Dept Of Education | 7100-000 | N/A | 2,746.11 | 2,746.11 | 114.24 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 8,683.95 | 8,683.95 | 361.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 29,380.42 | 29,380.42 | 1,222.29 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-50883 | Trustee: (330380) JOSEPH R. VOILAND |
| Case Name: FETZER, JAMES A | Filed (f) or Converted (c): 11/15/10 (f) |
| | §341(a) Meeting Date: 12/27/10 |
| Period Ending: 03/10/12 | Claims Bar Date: 06/20/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate - 12N553 Burlington, Hampshire, IL | 148,528.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Harris Bank. | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | - | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Savings account with Harris Bank. | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous used household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | CDs and Books | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2009 Tax Return | 1,249.99 | 1,249.99 | DA | 0.00 | FA |
| 9 | 97 Ranger Boat | 3,580.00 | 1,780.00 | | 1,780.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.09 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $156,082.99 | $3,029.99 | | $1,780.09 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):            Current Projected Date Of Final Report (TFR):        November 28, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-50883 |
| Case Name: | FETZER, JAMES A |
| Taxpayer ID #: | **-***5013 |
| Period Ending: | 03/10/12 |

| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******75-65 - Money Market Account |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/11 | {9} | Harris | debtor's payment for non-exempt portion of boat | 1129-000 | 1,780.00 | | 1,780.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.02 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.04 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,755.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,755.06 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,730.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,730.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,705.07 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.08 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.09 |
| 01/04/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 1,705.09 |
| 01/04/12 | | To Account #9200******7566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 1,705.09 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 1,780.09 | 1,780.09 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,705.09 |
| Subtotal | 1,780.09 | 75.00 |
| Less: Payments to Debtors | 0.00 |
| NET Receipts / Disbursements | $1,780.09 | $75.00 |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-50883 |
| Case Name: | FETZER, JAMES A |
| | |
| Taxpayer ID #: | **-***5013 |
| Period Ending: | 03/10/12 |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******75-66 - Checking Account |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/12 | | From Account #9200******7565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 1,705.09 | | 1,705.09 |
| 01/04/12 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $445.02, Trustee Compensation;  Reference: | 2100-000 | | 445.02 | 1,260.07 |
| 01/04/12 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $37.78, Trustee Expenses;  Reference: | 2200-000 | | 37.78 | 1,222.29 |
| 01/04/12 | 103 | Sprint Nextel | Dividend paid  4.16% on $164.13; Claim# 1;  Final distribution | 7100-000 | | 6.83 | 1,215.46 |
| 01/04/12 | 104 | Chase Bank USA, N.A. | Dividend paid  4.16% on $5,696.30; Claim# 2;  Final distribution | 7100-000 | | 236.98 | 978.48 |
| 01/04/12 | 105 | Chase Bank USA, N.A. | Dividend paid  4.16% on $6,593.31; Claim# 3;  Final distribution | 7100-000 | | 274.30 | 704.18 |
| 01/04/12 | 106 | Sallie Mae | Dividend paid  4.16% on $5,496.62; Claim# 4;  Final distribution | 7100-000 | | 228.67 | 475.51 |
| 01/04/12 | 107 | Us Dept Of Education | Dividend paid  4.16% on $2,746.11; Claim# 5;  Final distribution | 7100-000 | | 114.24 | 361.27 |
| 01/04/12 | 108 | FIA Card Services, NA/Bank of America | Dividend paid  4.16% on $8,683.95; Claim# 6;  Final distribution | 7100-000 | | 361.27 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,705.09 | 1,705.09 | $0.00 |
| Less: Bank Transfers | 1,705.09 | 0.00 | |
| Subtotal | 0.00 | 1,705.09 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $1,705.09 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******75-65 | 1,780.09 | 75.00 | 0.00 |
| Checking # 9200-******75-66 | 0.00 | 1,705.09 | 0.00 |
| | $1,780.09 | $1,780.09 | $0.00 |