# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FETZER, JAMES A | § | Case No. 10-50883 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                               Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CHASE BANK USA, N.A. | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 4 | SALLIE MAE | | | | | |
| 1 | SPRINT NEXTEL | | | | | |
| 5 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:  10-50883    RG    Judge: MANUEL BARBOSA
Case Name:  FETZER, JAMES A

For Period Ending: 04/25/12

Trustee Name:  JOSEPH R. VOILAND
Date Filed (f) or Converted (c):  11/15/10 (f)
341(a) Meeting Date:  12/27/10
Claims Bar Date:  06/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 12N553 Burlington, Hampshire, IL | 148,528.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account - Harris Bank. | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. - | 0.00 | 0.00 | | 0.00 | 0.00 |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| 4. Savings account with Harris Bank. | 1,200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| 5. Miscellaneous used household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| 6. CDs and Books | 25.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset | | | | | |

Case 10-50883   Doc 40   Filed 04/25/12   Entered 04/25/12 16:56:11   Desc Main
Document      Page 7 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No:   10-50883   RG   Judge: MANUEL BARBOSA    Trustee Name:           JOSEPH R. VOILAND
Case Name: FETZER, JAMES A                          Date Filed (f) or Converted (c):  11/15/10 (f)
                                                    341(a) Meeting Date:    12/27/10
                                                    Claims Bar Date:        06/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| 7. Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington | | | | | |
| 8. 2009 Tax Return | 1,249.99 | 1,249.99 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| 9. 97 Ranger Boat | 3,580.00 | 1,780.00 | | 1,780.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Opened 3/01/07 Last Active 4/01/10 Mortgage Real Estate located at Location: 12N553 - Burlington; Imported from Amended Doc#: 13; Original asset description: Personal used clothing | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | Unknown |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 10-50883 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FETZER, JAMES A | | Date Filed (f) or Converted (c): | 11/15/10 (f) |
| | | | 341(a) Meeting Date: | 12/27/10 |
| | | | Claims Bar Date: | 06/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $156,082.99 | $3,029.99 | | $1,780.09 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-50883 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FETZER, JAMES A | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7565  Money Market Account |
| Taxpayer ID No: | *******5013 | | | |
| For Period Ending: | 04/25/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/11 | 9 | Harris | debtor's payment for non-exempt portion of boat DEPOSIT CHECK #61835420 | 1129-000 | 1,780.00 | | 1,780.00 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.01 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.02 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.03 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.04 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,780.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,755.05 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,755.06 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,730.06 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,730.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,705.07 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.08 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.09 |
| 01/04/12 | | To Acct #*******7566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 1,705.09 | 0.00 |

| | COLUMN TOTALS | 1,780.09 | 1,780.09 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 1,705.09 | |
| | Subtotal | 1,780.09 | 75.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 1,780.09 | 75.00 | |

Page Subtotals       1,780.09       1,780.09

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-50883 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FETZER, JAMES A | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7566  Checking Account |
| Taxpayer ID No: | *******5013 | | | |
| For Period Ending: | 04/25/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/12 | | From Acct #*******7565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 1,705.09 | | 1,705.09 |
| 01/04/12 | 000101 | JOSEPH R. VOILAND<br>1625 WING ROAD<br>YORKVILLE, IL  60560 | Dividend paid 100.00% on $445.02, Trustee Compensation;  Reference: | 2100-000 | | 445.02 | 1,260.07 |
| 01/04/12 | 000102 | JOSEPH R. VOILAND<br>1625 WING ROAD<br>YORKVILLE, IL  60560 | Dividend paid 100.00% on $37.78, Trustee Expenses;  Reference: | 2200-000 | | 37.78 | 1,222.29 |
| 01/04/12 | 000103 | Sprint Nextel<br>Attn Bankruptcy Dept<br>P O Box 7949<br>Overland Park, KS  66207 | Dividend paid   4.16% on $164.13; Claim# 1; Final distribution | 7100-000 | | 6.83 | 1,215.46 |
| 01/04/12 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Dividend paid   4.16% on $5,696.30; Claim# 2; Final distribution | 7100-000 | | 236.98 | 978.48 |
| 01/04/12 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Dividend paid   4.16% on $6,593.31; Claim# 3; Final distribution | 7100-000 | | 274.30 | 704.18 |
| 01/04/12 | 000106 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA  18706 | Dividend paid   4.16% on $5,496.62; Claim# 4; Final distribution | 7100-000 | | 228.67 | 475.51 |
| 01/04/12 | 000107 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX  75403 | Dividend paid   4.16% on $2,746.11; Claim# 5; Final distribution | 7100-000 | | 114.24 | 361.27 |
| 01/04/12 | 000108 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809 | Dividend paid   4.16% on $8,683.95; Claim# 6; Final distribution | 7100-000 | | 361.27 | 0.00 |

Page Subtotals           1,705.09       1,705.09

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 10-50883 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FETZER, JAMES A | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7566  Checking Account |
| Taxpayer ID No: | *******5013 | | |
| For Period Ending: | 04/25/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK  73124-8809 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,705.09 | 1,705.09 | 0.00 |
| Less:  Bank Transfers/CD's | 1,705.09 | 0.00 | |
| Subtotal | 0.00 | 1,705.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,705.09 | |

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-50883 -RG |
| Case Name: | FETZER, JAMES A |
| Taxpayer ID No: | *******5013 |
| For Period Ending: | 04/25/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4521  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7565 | 1,780.09 | 75.00 | 0.00 |
| Checking Account - ********7566 | 0.00 | 1,705.09 | 0.00 |
| Checking Account - ********4521 | 0.00 | 0.00 | 0.00 |
| | 1,780.09 | 1,780.09 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*